

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-14-00146-CV

**IN THE INTEREST OF A.L.A., A CHILD,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Jim Rausch, Judge Presiding

## O R D E R

On March 3, 2014, appellant Susan Idalia Anderson Costner filed a "Motion for Leave to File Late Notice of Appeal" in this court. However, no notice of appeal appears to have been filed in the trial court or in this court.

This court's jurisdiction is invoked by the timely filing of a notice of appeal. *Molina v. Housing Authority of the City of San Antonio*, No. 04-04-00774-CV, 2004 WL 2715903, *1 (Tex. App.—San Antonio Dec. 1, 2004, no pet.) (mem. op.); TEX. R. APP. P. 25.1(b). Because it appears appellant has not filed a notice of appeal, she has seemingly failed to invoke this court's jurisdiction.

Accordingly, we **ORDER** appellant to file a written response in this court on or before **April 11, 2014** establishing that she has timely filed a notice of appeal and thereby invoked this court's jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court